*unsealed 4-25-08*

~~SECRET~~

FILED
08 APR 16 PM 3:48

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

'08 CR 1200 H

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Criminal Case No. _____ |
| Plaintiff, | ) INDICTMENT |
| v. | ) Title 21, U.S.C., Secs. 841(a)(1) and 846 - Conspiracy to Distribute Cocaine; Title 21, U.S.C., Sec. 841(a)(1) - Possession of Cocaine with Intent to Distribute; Title 18, U.S.C., Sec. 2 - Aiding and Abetting |
| FRANCOIS GAUTHIER (1), aka Tony DiValerio, aka Tom, JERRY TURCOTTE (2), MICHAEL DUBIN (3), aka Mario, aka Gary, LAWRENCE RICHARD URI, III (4), aka Uncle, | |
| Defendants. | |

The grand jury charges:

Count 1

Beginning at a date unknown to the grand jury and continuing up to and including April 16, 2008, within the Southern District of California, and elsewhere, defendants FRANCOIS GAUTHIER, aka Tony DiValerio, aka Tom, JERRY TURCOTTE, MICHAEL DUBIN, aka Mario, aka Gary, and LAWRENCE RICHARD URI, III, aka Uncle, did knowingly and intentionally conspire and agree with each other and with other persons known and unknown to the grand jury to distribute a controlled substance, to wit: 5 kilograms and more of cocaine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

JJS:nlv:San Diego
4/16/08

Count 2

On or about October 3, 2007, within the Southern District of California, defendants MICHAEL DUBIN, aka Mario, aka Gary, and LAWRENCE RICHARD URI, III, aka Uncle, did knowingly and intentionally possess, with intent to distribute, 5 kilograms and more of cocaine, to wit: approximately 157 kilograms (345.40 pounds) of cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

DATED: April 16, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
JOSEPH S. SMITH. JR.
Assistant U.S. Attorney