UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>FRANCOIS GAUTHIER (1),<br>  aka Tony DiValerio,<br>  aka Tom,<br>JERRY TURCOTTE (2),<br>MICHAEL DUBIN (3),<br>  aka Mario,<br>  aka Gary,<br>LAWRENCE RICHARD URI, III (4),<br>  aka Uncle,<br><br>    Defendants. | Criminal Case No. '08 CR 1200 H<br><br>NOTICE OF RELATED CASE<br><br>SECRET (unsealed 4/25/08) |

TO THE CLERK OF THE COURT:

   Please take notice that the above-entitled case is related to United States of America v. Alberto Salcedo-Lopez, et al., Criminal Case No. 07CR2817-H.

   DATED: April 16, 2008.

                                KAREN P. HEWITT
                                United States Attorney

                                /s/ Joseph S. Smith Jr.
                                JOSEPH S. SMITH JR.
                                Assistant U.S. Attorney