PLEASE RECEIPT AND RETURN

AO 442

NOT FOR PUBLIC VIEW

SECRET    *unsealed 4/25/08 ajp*

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

**UNITED STATES OF AMERICA**

**v.**

Lawrence Richard Uri, III (4)
aka Uncle

**WARRANT FOR ARREST**

**CASE NUMBER:**    08cr1200 H

To:    The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest

Lawrence Richard Uri, III (4)
aka Uncle

_____

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[x] Indictment    [ ] Information    [ ] Complaint    [ ] Order of Court    [ ] Violation Notice    [ ] Probation Violation Petition

[ ] Pretrial Violation

charging him or her with (brief description of offense)

21:841(a)(1) and 846 - Conspiracy to Distribute Cocaine
21:841(a)(1); 18:2 - Possession of Cocaine with Intent to Distribute; Aiding and Abetting

In violation of Title _____ See Above _____ United States Code, Section(s) _____

| | |
|---|---|
| W. Samuel Hamrick, Jr. | Clerk of the Court |
| Name of Issuing Officer | Title of Issuing Officer |
| s/ J. Jo____ | 04/16/08    San Diego, CA |
| Signature of Deputy | Date and Location |

Bail fixed at $ _____ No Bail _____ by _____ The Honorable Ruben B. Brooks

Name of Judicial Officer

---

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

